In the Matter of the Accounting of EDGAR F. LUCKENBACH, as Trustee under the Will of LEWIS LUCKENBACH, Deceased.

WILLIAM R. CONKLIN, as General Guardian of EDGAR F. LUCKENBACH, JR., et al., Respondents; ANDREA L. DOBBS et al., Appellants.

Argued April 4, 1944; decided May 18, 1944.

*William T. Griffin* and *Joseph V. McKee* for Andrea L. Dobbs, appellant.

*John A. Wilson, Joseph W. Drake* and *George C. Seward* for Lewis Luckenbach and others, appellants.

*Robert W. Owens, Jr.,* and *William R. Conklin* for William R. Conklin, as general guardian of Edgar F. Luckenbach, Jr., respondent.

*Roscoe H. Hupper* for Roscoe H. Hupper, as executor of Edgar F. Luckenbach, deceased trustee, respondent.

*John P. McGrath* and *Edwin M. Bourke* for Frank J. Taylor, as successor trustee.

Order affirmed, with costs payable out of the estate to all parties filing separate briefs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.